Case # 21-005088

**THE STATE OF TEXAS**

**COUNTY OF CLAY**

**AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION**

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being by me duly sworn on oath deposes and says:

My name is <u>Deputy Demonte Brooks #1150</u>

Name and Agency

and I have good reason to believe and do believe that on or about the 10day of July, 2021, in Clay County, Texas, the defendant, **GOAD, LANDON, PAUL (W/M**                     ) did then and there commit the offense of **Assault Causes Bodily Injury Family/Dating Member (P.C. 22.01(a). A CLASS "A" MISDEMEANOR.**
( ☐ a Felony   ☒ a Misdemeanor ) in that he / she did then and there :

Intentionally, knowingly, and recklessly caused bodily injury to a family member

My belief is based upon the following facts and information, to wit:

On July 10, 2021, at approximately 2:46pm, I, Deputy Demonte Brooks #1150 and Deputy Joshua Ferguson #1092 were dispatched to    New London Rd. Henrietta, TX, 76365, in reference to a disturbance. Upon arrival I made contact with GOAD, LANDON, PAUL (W/M               ), who stated that his girlfriend, JOHNSON, SARAH, LYNN (W/F                ) hit and kicked him. GOAD had scratch marks on his stomach and wrist as well as a knot on his head behind his ear. I made contact with JOHNSON who stated that GOAD attacked her as she was trying to start a motorbike. JOHNSON had a swollen left eye as well as scratches on shoulder area. Because both parties had conflicting stories on who initiated the assault first, I was unable to determine the primary aggressor. Both GOAD and JOHNSON were arrested.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS:

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME This the _____ day of _____, 20___.

_____
NOTARY PUBLIC, STATE OF TEXAS

ON THIS THE _____ DAY OF _____, 20____, I HEREBY ACKNOWLEDGE I HAVE EXAMINED THE FOREGOING AFFIDAVIT AND HAVE DETERMINED THAT PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A WARRANT OF ARREST OF THE INDIVIDUAL(S) ACCUSED THEREIN.

Original in S.O.
Court finds no P.C. for arrest.
7-12-2021.

_____
MAGISTRATE
CLAY COUNTY, TEXAS