No. 2021-0059C-CR  
DA# 

Bond $1,000 SR PR

FILED At 3:15 O'Clock P.M.

NOV 1 5 2021

Marianne Bowles, District Clerk, Clay County, Texas  
BY DEPUTY _____

**THE STATE OF TEXAS VS. JEFFREY C. LYDE**

**CHARGE: OFFICIAL OPPRESSION—39.03(d)PC**

**--Class A Misdemeanor**

===============================================================

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURORS,** for the County of **CLAY,** State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the **JULY,** term, A.D. 2021 of the 97TH Judicial District Court for said County, upon their oaths present in and to said court at said term that **JEFFREY C. LYDE**, hereinafter styled Defendant, on or about the **12th day of July, A.D. 2021**, and before the presentment of this indictment, in the County and State aforesaid, did then and there intentionally subject Landon Goad to detention that the defendant knew was unlawful, namely by detaining the said Landon Goad in jail more than 48 hours without a finding of probable cause by a magistrate, and the defendant was acting under color of his employment as Clay County Sheriff.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____  
FOREMAN OF THE GRAND JURY

Cause No. 2021-00251-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 97TH JUDICIAL |
| VS. | § | DISTRICT COURT OF M. Bowles |
| JEFFREY LYDE | § | CLAY COUNTY, TEXAS |

FILED At 10:15 O'Clock A M
NOV 18 2021
Marianne Bowles, District Clerk, Clay County, Texas
BY DEPUTY

## ORDER TO ADD BOND CONDITIONS

The court hereby orders that the following bond conditions be added to any bond conditions for JEFFREY LYDE arrested for alleged OFFICIAL OPPRESSION allegedly committed on the 12th day of July, 2021.

☐ The Defendant shall report to the Montague/Clay/Archer County Adult Probation Department by 9:00 a.m. the next business day following release. The Defendant shall report thereafter to the Montague/Clay/Archer County Adult Probation Department on a weekly/bi-monthly/monthly as directed by the Adult Probation Officer and shall pay a monthly supervisory fee of $60.00.

☐ Defendant shall abstain from use of illegal drugs.

☑ Defendant shall commit no offense against the laws of this or any State or of the United States or any other Country. Defendant shall notify the ~~Montague~~/Clay/~~Archer~~ County Adult Probation Officer within forty-eight (48) hours of being arrested and/or charged with a criminal offense.

☐ Defendant shall remain within the limits of Montague/Clay/Archer County, Texas, and the immediately adjoining Texas Counties, unless given written permission by the Montague/Clay/Archer County Adult Probation Officer to leave therefrom.

☑ Defendant shall have no contact with the victim, ___Landon Goad_____ in any form including, but not limited to written, personal, phone, Facebook, text, or through a social network contact and/or any contact through third parties. Defendant shall not pass by his/her residence, school, areas of recreation, and/or place of employment.

☐ Defendant shall submit to random urinalysis and/or other drug testing processes at the request of the Montague/Clay/Archer County Adult Probation Officer. Defendant shall have no violations of said test(s) and be responsible for all costs.

☐ Other: _____

_____
Judge Presiding

18 November 2021
Date

_____
Defendant

_____
Date

No. 2D21·DD6DC·CR    Bond 1000.00 PR

DA#

**FILED** At 3:15 O'Clock P M

NOV 1 5 2021

Marianne Bowles, District Clerk, Clay County, Texas

BY DEPUTY _____

**THE STATE OF TEXAS VS. JEFFREY C. LYDE**

**CHARGE: OFFICIAL OPPRESSION—39.03(d)PC**

--Class A Misdemeanor

===============================================================

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURORS,** for the County of **CLAY,** State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the **JULY,** term, A.D. 2021 of the 97TH Judicial District Court for said County, upon their oaths present in and to said court at said term that **JEFFREY C. LYDE,** hereinafter styled Defendant, on or about the **12th day of July, A.D. 2021**, and before the presentment of this indictment, in the County and State aforesaid, did then and there intentionally subject Sarah Johnson to detention that the defendant knew was unlawful, namely by detaining the said Sarah Johnson in jail more than 48 hours without a finding of probable cause by a magistrate, and the defendant was acting under color of his employment as Clay County Sheriff.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

Cause No. _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 97TH JUDICIAL |
| VS. | § | DISTRICT COURT |
| JEFFREY LYDE | § | CLAY COUNTY, TEXAS |

**FILED** NOV 18 2021 at 10:15 O'Clock A.M
Madeline Bowles, District Clerk, Clay County, Texas
BY DEPUTY _____

## ORDER TO ADD BOND CONDITIONS

The court hereby orders that the following bond conditions be added to any bond conditions for JEFFREY LYDE arrested for alleged OFFICIAL OPPRESSION allegedly committed on the 12th day of July, 2021.

☐ The Defendant shall report to the Montague/Clay/Archer County Adult Probation Department by 9:00 a.m. the next business day following release. The Defendant shall report thereafter to the Montague/Clay/Archer County Adult Probation Department on a weekly/bi-monthly/monthly as directed by the Adult Probation Officer and shall pay a monthly supervisory fee of $60.00.

☐ Defendant shall abstain from use of illegal drugs.

☑ Defendant shall commit no offense against the laws of this or any State or of the United States or any other Country. Defendant shall notify the ~~Montague~~/Clay/~~Archer~~ County Adult Probation Officer within forty eight (48) hours of being arrested and/or charged with a criminal offense.

☐ Defendant shall remain within the limits of Montague/Clay/Archer County, Texas, and the immediately adjoining Texas Counties, unless given written permission by the Montague/Clay/Archer County Adult Probation Officer to leave therefrom.

☑ Defendant shall have no contact with the victim, ____Sarah Johnson____ in any form including, but not limited to written, personal, phone, Facebook, text, or through a social network contact and/or any contact through third parties. Defendant shall not pass by his/her residence, school, areas of recreation, and/or place of employment.

☐ Defendant shall submit to random urinalysis and/or other drug testing processes at the request of the Montague/Clay/Archer County Adult Probation Officer. Defendant shall have no violations of said test(s) and be responsible for all costs.

☐ Other: _____

_____
Judge Presiding

_18 November 2021_
Date

_____
Defendant

_____
Date