NOS. 2021-0059C-CR & 2021-0060C-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 97th JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| JEFFREY C LYDE | § | CLAY COUNTY, TEXAS |

## NOTICE OF EXTRANEOUS OFFENSES

Please take notice that the State may offer into evidence in its case in chief, rebuttal and/or punishment the following extraneous offenses, crimes, wrongs, or acts:

On or about the 12th day of July, 2021, in Clay County, Texas, Jeffrey Lyde did then and there intentionally destroy, conceal, remove, or otherwise impair the verity, legibility, or availability of a governmental record, to-wit: a Probable Cause affidavit in which the magistrate found "No Probable Cause" for the offense of Assault Causes Bodily Injury Family/Dating Member allegedly committed by Landon Paul Goad.

Between April 2010 and April 2011, in Guadalupe County, Texas, Jeffrey Lyde submitted multiple Performance Observation Reports (THP-27) with false information which indicated that he was present and observed employee performance when he was not present on the dates and time periods indicated. This includes the following:

-Jeffrey Lyde submitted paperwork to DPS claiming to have conducted five performance observations ("check rides") of Corporal Billie Watson on 4/14/2010, 6/7/2010, 6/30/2010, 11/4/2010, and 12/7/2010, however no such performance observations occurred. In addition, Jeffry Lyde utilized a signature stamp of Corporal Watson to stamp the performance reviews when Corporal Watson did not give him permission to do so.

-Jeffrey Lyde submitted paperwork to DPS claiming to have conducted a performance observation of Trooper Chris Germany on April 27, 2010, when in fact no such performance observation occurred. In addition, Trooper Germany questioned the validity of his signature on the performance observation and did not believe that the signature was his.

-On July 6, 2011, in Bexar County, Texas, during an interview conducted by DPS Lt. Glen Garrett, Jeffrey Lyde admitted to submitting multiple performance observation reports with false information between January 2011 and April 2011.

On or about June 14 and 15, 2011, Jeffrey Lyde improperly contacted a witness (Corporal Billie Watson) involved in an administrative investigation in a manner that was interpreted as an attempt to discourage the witness from cooperating with the investigator. This is a violation of DPS General Manual, Chapter 7A, Section 07.42.02(4), page 7A-3. Specifically, after being informed on 6/2/2011 by DPS Lt. Glen Garrett that he was conducting an investigation into allegations against Lyde, Lyde contacted Cpl. Billie Watson on or about June 14, 2011, three times and asked Cpl Watson about his interview regarding the investigation. On or about June 15, 2011, Jeffrey Lyde contacted Cpl. Watson and told him he was going to conduct a check ride with him. As soon as Lyde got into the vehicle with Cpl. Watson, Lyde began questioning him about the investigation.

On or about December 7, 2021, in Clay County, Texas, Jeffrey Lyde held a press conference in which he claimed that he resigned from DPS because he had an argument with a superior and then got a job paying double when in fact he was forced to resign in lieu of termination for submitting false reports and improperly contacting a witness to an investigation as described above.

_Staley Heatly_
Staley Heatly
Special Prosecutor
Clay County, Texas