IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LANDON PAUL GOAD, et al.,   § | |
| § | |
| Plaintiffs,   § | |
| § | |
| v.   § | |
| § | CIVIL ACTION NO. 7:23-cv-00063-O |
| JEFF LYDE, et al.,   § | |
| § | |
| Defendants.   § | |
| § | |

## ORDER

Before the Court is Defendants Clay County and Jeff Lyde's Unopposed Motion for Extension of Time to Reply to Plaintiff's Response (ECF No. 14), filed October 3, 2023. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion. Accordingly, Defendants must reply by October 20, 2023.

**SO ORDERED** this **4th day of October, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1