IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LANDON PAUL GOAD, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 7:23-cv-00063-O |
| JEFF LYDE, et al., § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is Defendant Clay County's Unopposed Motion to Withdraw and Substitute Counsel (ECF No. 22), filed February 20, 2024. Clay County (Defendant) moves to withdraw Mr. Thomas P. Brandt and Mr. Christopher D. Livingston of the law firm Fanning Harper Martinson Brandt & Kutchin, P.C., as counsel of record for Defendant. Defendant further requests that Mr. Grant Blaies and Ms. Jennifer H. Litke of the law firm Blaies & Hightower, LLP, be substituted as counsel of record, with Mr. Blaies being lead counsel for Defendant. The law firm of Blaies & Hightower, LLP, will therefore represent Defendant in this case. Upon review, the Court determines that the instant Motion should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Thomas P. Brandt and Christopher D. Livingston be withdrawn as counsel of record for Clay County in the above-captioned case. The Clerk of Court is **DIRECTED** to remove and replace Thomas P. Brandt and Christopher D. Livingston from the electronic service list in the above-captioned case with attorneys Grant Blaies and Jennifer H. Litke.

**SO ORDERED** on this **21st day** of **February, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**